# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DARRELL ROGERS,** Individually and on behalf of others similarly situated<br><br>**PLAINTIFF,**<br><br>v.<br><br>**VIVINT SOLAR, INC.,** *et al,*<br><br>**DEFENDANT.** | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 1:18-cv-01567<br>)<br>)<br>)<br>) |

## **MOTION FOR ADMISSION *PRO HAC VICE***

I, Lisa A. Messner, ("Movant"), attorney of record in this case, move that the Court admit Patrick W. Skilliter of the law firm of Mac Murray & Shuster LLP, an out-of-state attorney who is a member in good standing of the Bar of Ohio, for the purpose of appearing and participating in this case as co-counsel with movant on behalf of defendant Vivint Solar, Inc. In support of the motion, Movant states the following:

(1) Movant is the attorney of record for Defendant, Vivint Solar, Inc., in this matter and is a member of the United States District Court for The District of Columbia in good standing. Movant maintains a full-time practice of law and appears in the District of Columbia Courts/District Court.

(2) Patrick W. Skilliter of Mac Murray & Shuster LLP, 6530 West Campus Oval, Suite 210, New Albany, Ohio 43054, is an out-of-state attorney who is a member in good standing of the Bar for the State of Ohio. A copy of a Certificate of Good Standing for Mr. Skilliter issued by The Supreme Court of Ohio is attached as **Exhibit A**.

(3) The $100 fee required by the Courts is submitted with this Motion.

Respectfully submitted,

/s/ Lisa A. Messner
Lisa A. Messner
D.C. Bar No. OH0039
Mac Murray & Shuster, LLP
6530 West Campus Oval, Suite 210
New Albany, OH  43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
lmessner@mslawgroup.com

*Attorney for Defendant Vivint Solar, Inc.*

## **CERTIFICATION**

I, Patrick W. Skilliter, certify on this 13th day of December 2018, that:

- I have not been disciplined by any bar;

- During the preceding twelve (12) months, I have been specially admitted to practice in the District of Columbia Zero (0) times;

- I am currently or have been admitted to the following bars:
    - State of Ohio
    - Federal Court - Northern District, Ohio
    - Federal Court - Southern District, Ohio
    - Federal Court - Eastern District, Michigan
    - Federal Court - Central District, Illinois
    - Sixth Circuit

_____
Patrick W. Skilliter (Ohio Bar #0079629)
Mac Murray & Shuster LLP
6530 West Campus Oval, Suite 210
New Albany, OH  43054
Telephone: (614) 939-9955
Facsimile: (614) 939-9954
Email: pskilliter@mslawgroup.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 19th day of December 2018, which will send a notice of electronic filing to all attorneys of record.

/s/ Lisa A. Messner
*Attorney for Defendant, Vivint Solar, Inc.*

# The Supreme Court of Ohio

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Patrick Wheeler Skilliter** (Attorney Reg. No. **0079629**) was admitted to the practice of law in Ohio on **November 7, 2005**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against Patrick Wheeler Skilliter pursuant to Gov. Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Patrick Wheeler Skilliter pursuant to Gov. Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Patrick Wheeler Skilliter with the Supreme Court.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 15th day of October, 2018.

GINA WHITE PALMER
*Director, Attorney Services Division*

Martha S. Asseff
*Attorney Services Counsel*

No. 2018-10-15-1
Verify by email: GoodStandingRequests@sc.ohio.gov

**EXHIBIT A**